**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

HENRY JAMES CHOICE,

      Plaintiff,

v.                                        CASE NO.  4:19cv435-RH-CAS

MIKEAL RATHMAN, and the
FLORIDA STATE PRISON,

      Defendants.

_____/


**<u>ORDER OF DISMISSAL</u>**


      This case is before the court on the magistrate judge's report and

recommendation, ECF No. 9, and the objections, ECF No. 12. I have reviewed de

novo the issues raised by the objections. The report and recommendation correctly

concludes that the amended complaint fails to state a claim on which relief can be

granted and shows on its face that any claim is barred by the statute of limitations.

Accordingly,

      IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The plaintiff's claims are dismissed with prejudice." The clerk must close the file.

SO ORDERED on February 26, 2020.

s/Robert L. Hinkle
United States District Judge